Vincent M. Amberly
129 Harrison Street, NE
Leesburg, Virginia 20176

January 17, 2020

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED
# 7018 1130 0000 6578 7156**

Fairfax Family Practice, Inc.
c/o Dr. Ahmad Fazal Nusrat
1918 Charter Dr.
Leesburg, VA 20176

Re:   AFC Franchising, LLC and Irwin Holdings, LLC v. Fairfax Family Practice, Inc. and Ahmad Fazal Nusrat,
Civ. No. 1:18-cv-01356-LMB-IDD (E.D. Va., Alexandria Division)

Dear Dr. Nusrat:

Pursuant to the Rules of Court, Part Six, Section IV, Paragraph 13-29 and our previous discussion, I am hereby notifying you that my license to practice law in the Commonwealth of Virginia was suspended, beginning on January 5, 2020 for a period of six (6) months. Please contact me as soon as possible by email or other writing to make arrangements for the handling of your case. My email address is vince@amberlylaw.com. I will resume practicing law on July 6, 2020.

By copy of this letter, I am also notifying the opposing counsel and the presiding judge, if any, of this matter.

Very truly yours,

*[signature]*

Vincent M. Amberly

cc:   The Honorable Leonie M. Brinkema, Judge United States District Court Judge Eastern District of Virginia, Certified Mail,
   Return Receipt Requested # 7018 1130 0000 6578 7187.

James C. Rubinger, Esq., via Certified Mail,
   Return Receipt **Requested # 7018 1130 0000 6578 7194.**

DaVida M. Davis, Clerk of the Disciplinary System, Virginia State Bar